**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, KARL- THOMAS MUSSELMAN, ET AL, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

We **GRANT** appellant's January 9, 2014 second motion for extension of time to file reply brief and **ORDER** the brief be filed by January 23, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE